U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

DATE: January 15, 2014

REPLY TO
ATTN OF: Jim Perdue, Deputy Chief U.S. Probation Officer

SUBJECT: **Request to Destroy Evidence**

Re.: Jeffrey Scott Herndon
Docket No.: 3:04-00199-01

TO: The Honorable Thomas A. Wiseman, Senior U.S. District Judge

On September 27, 2010, and February 2, 2011, the following evidence was seized during the offender's period of supervised release and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|------|----------|------|
| 984  | 2        | Sexually Explicit Books |
| 1503 | 1        | Book |

Thank you for your time and consideration in this matter.

Approved: _[signature]_
~~The Honorable Thomas A. Wiseman,~~
~~Senior~~ U.S. District Judge TRAUGER